UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUTURE LINK SYSTEMS, LLC,<br>Plaintiff,<br>v.<br>BROADCOM INC., et al.,<br>Defendants. | Case No. 22-cv-02041-TSH<br><br>**ORDER RE: NOTICE OF SETTLEMENT** |

The Court has been informed that the above-entitled action has settled. ECF No. 65. Accordingly, the Court **VACATES** all pending deadlines. The parties shall file a dismissal or joint status report by May 4, 2022.

**IT IS SO ORDERED.**

Dated: April 4, 2022

THOMAS S. HIXSON
United States Magistrate Judge