# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUTURE LINK SYSTEMS, LLC, | Case No. 3:22-cv-02041-TSH |
| *Plaintiff,* | JURY TRIAL DEMANDED |
| v. | |
| BROADCOM INC., BROADCOM PTE. LTD., BROADCOM CORP., | |
| *Defendants.* | |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

On this day, Plaintiff Future Link Systems, LLC ("Plaintiff") and Defendants Broadcom Inc., and Broadcom Corp. ("Defendants") announced to the Court that they have resolved Plaintiff's claims for relief against Defendants asserted in this case.

IT IS THEREFORE ORDERED that all claims for relief in this action are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

IT IS SO ORDERED.

Signed this  3rd  day of  May  2022.

HONORABLE THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE